Curtis Thornton
5292 Carpinteria Ave
#C
Carpinteria, CA 93309
805-222-6009

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS THORNTON JR,<br><br>    Plaintiff,<br>vs.<br><br>CHEN FENG, DALY CITY, SAN MATEO COUNTY, COUNTY AND CITY OF SAN FRANCISCO, GATE GOURMET, HNA GROUP, IAN MADDISON, PAUL MENDIARA, JONATHAN PREMENKO, STEPHEN WAGSTAFFE, FBI SAN FRANCISCO, JOHN AND JANE DOE,<br>    Defendants | Case No. 4:19-cv-0738-HSG<br><br>**Amended MOTION TO DISQUALIFY GILLIAM HAYWOOD JR**<br><br>**Hearing**<br>Date: May 6th, 2021<br>Time: 2:00pm |

    Comes Now Plaintiff (Curtis Thornton Jr) who hereby brings a Motion to Disqualify Haywood Gilliam Jr, pursuant to the May 31st, 1870, Act to enforce the Right of Citizens of the United States to vote in the several States of this Union and for other Purposes, 18 U.S. Code 2383 (Insurrection and Rebellion), the April 15th, 1861, Presidential Proclamation declaring insurrection and rebellion against US law, 18 USC 1590 (Trafficking in Forced Labor), 28 USC 453, the 5th, 6th and 14th Amendment of the United States Constitution. This motion is based on the arguments presented in the Memorandum in Support of Plaintiff's Motion to Disqualify Haywood Gilliam Jr, all exhibits attached, and oral arguments.

                                                            Dated this 17th day of March, 2021

                                                             Curtis Thornton
                                                             5292 Carpinteria Ave
                                                                        #C
                                                            Carpinteria, CA 93309
                                                                     805-222-6009