Curtis Thornton
5292 Carpinteria Ave
#C
Carpinteria, CA 93309
805-222-6009

### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THORNTON JR,<br><br>    Plaintiff,<br>vs.<br><br>CHEN FENG, DALY CITY, SAN MATEO COUNTY, COUNTY AND CITY OF SAN FRANCISCO, GATE GOURMET, HNA GROUP, IAN MADDISON, PAUL MENDIARA, JONATHAN PREMENKO, STEPHEN WAGSTAFFE, FBI SAN FRANCISCO, JOHN AND JANE DOE,<br>    Defendants | Case No. 4:19-cv-0738-HSG<br><br>**MOTION TO STAY (PENDING THE PERMANENT REMOVAL OF GILLIAM HAYWOOD JR FROM JUDICIAL OFFICE); ORDER** |

   Comes Now Plaintiff (Curtis Thornton Jr) who hereby brings a Motion to Stay the proceedings pending the permanent disqualification and removal from judicial office of Haywood Gilliam Jr for rebellion against the Human Trafficking Victims Protection Act and it's reauthorizations, the May 31st, 1870, Act to enforce the Right of Citizens of the United States to vote in the several States of this Union and for other Purposes, the April 20th, 1871 Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States and for other Purposes, the 1st, 2nd, 5th, 6th, and 14th Amendment of the United States Constitution.

Dated this 7th day of April, 2021

Curtis Thornton
5292 Carpinteria Ave
#C
Carpinteria, CA 93309
805-222-6009

