UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS THORNTON,

    Plaintiff,

v.

DALY CITY, et al.,

    Defendants.

Case No. 19-cv-07638-PJH

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, hereby recuse myself from this case and request that the clerk reassign it pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: May 7, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge