DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
CHRISTOPHER B. WHITMAN, State Bar #223636
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
Email:         Chris.Whitman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THORNTON JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEN FENG, DALY CITY, SAN MATEO COUNTY, COUNTY AND CITY OF SAN FRANCISCO, GATE GOURMET, HNA GROUP, IAN MADDISON, PAUL MENDIARA, FBI SAN FRANCISCO, JOHN AND JANE DOE,<br><br>    Defendants. | Case No. 19-cv-07638-EMC<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom Five, 17th Floor<br>San Francisco Courthouse<br>The Honorable Edward M. Chen |

On August 24, 2021, the Court Granted Defendant City and County of San Francisco's ("CCSF") Motion to Dismiss WITHOUT LEAVE TO AMEND [dkt 109].  Accordingly, Defendant CCSF has been dismissed from this action with prejudice.

DATE: September 30, 2021

DENNIS J. HERRERA
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
CHRISTOPHER B. WHITMAN
Deputy City Attorney

By: */s/ Christopher B. Whitman*
CHRISTOPHER B. WHITMAN
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

