UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS THORNTON,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DALY CITY, et al.,<br><br>                    Defendants. | Case No. 19-cv-07638-EMC   (EMC)<br><br>**ORDER DISMISSING CASE** |

The Court held a status conference in this matter on November 21, 2023.  During that status conference Plaintiff Curtis Thornton stated that he will no longer be pursuing this matter and that he consents to a dismissal of the action in its entirety.  Defendants stated no objection to dismissal.  Accordingly, the Court hereby dismisses this case in its entirety without prejudice.

**IT IS SO ORDERED**.

Dated: November 21, 2023

_____
EDWARD M. CHEN
United States District Judge